IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STANDARD PROCESS, INC.,

                Plaintiff,                ORDER

    v.

                                    19-cv-710-wmc

IREK GALEEV and VITA EEP, LLC,

                Defendant.

---

In a prior order, the court granted plaintiff Standard Process, Inc.'s motion for default judgment and entered a permanent injunction. (3/10/20 Order (dkt. #22); 3/12/20 Default Judgment (dkt. #23).) In that order, the court also indicated that plaintiff was entitled to an award of reasonable attorneys' fees and costs under the federal and state trademark infringement statutes at issue in this case. (3/10/20 Order (dkt. #22) 1-2 & n.1.) Before the court is plaintiff's motion for attorney fees, costs and expenses (dkt. #24), which the court will now grant in the requested amount of $19,044.56.

As detailed in plaintiff's supporting brief and declarations, plaintiff seeks fees expended by the Vorys law firm in the amount of $18,839.73, which represents $12,041.18 in fees incurred and billed to the client from September 2019 through February 2020, and an additional $6,796.75 in fees incurred from March 2020, which have not yet been billed.[1] (Pl.'s Br. (dkt. #25); Maher Decl. (dkt. #26); Kloss Decl. (dkt. #27).) This fee request represents 47.85 hours of work in prosecuting this case at an average hourly rate of $393.68. After reviewing counsel's declarations and attached records, the court finds that the time spent litigating this action, including attempts at

---

[1] Plaintiff indicates that it is not seeking reimbursement of fees incurred by local counsel, Husch Blackwell LLP.

settlement, appears reasonable. Moreover, the hourly rates are consistent with that charged plaintiff and within the bounds of rates charged by similar attorneys engaged in intellectual property litigation in the Midwest. Plaintiff also seeks reimbursement of $206.63 in costs, which are also well-documented and consist of necessary expenses, actually incurred in prosecuting this case.

ORDER

IT IS ORDERED that plaintiff Standard Process, Inc.'s motion for attorney's fees, costs and expenses (dkt. #24) is GRANTED. Plaintiff is awarded $19,044.56 in fees, costs and expenses against defendants Irek Galeev and Vita EEP, LLC.

Entered this 20th day of April, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge